**Opinion issued August 11, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00502-CV

———————————

## BARBARA A. WOODDELL, Appellant

## V.

## RONALD K. WOODDELL, Appellee

---

**On Appeal from the County Court at Law No. 3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. PR35724**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed on May 20, 2016. On July 6, 2016, appellant, Barbara A. Wooddell, filed a motion for voluntary dismissal of her appeal, stating that the parties entered into a settlement agreement on June 24, 2016. As a result of that settlement, appellant no longer wishes to pursue her appeal. *See* TEX.

R. APP. P. 42.1(a)(1).  No opinion has issued.  More than 10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.